IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN JOHN PORKOLAB,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2696

_____/

Opinion filed February 17, 2017.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Steven John Porkolab, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Heather Flanigan Ross, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.